Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Eastern District of Texas**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Lava Cantina The Colony LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   4 7 – 4 8 7 1 2 4 8

**4. Debtor's address**

Principal place of business

5805 Grandscape Blvd
Number    Street

The Colony, TX 75056
City                 State    ZIP Code

Denton
County

Mailing address, if different from principal place of business

Number    Street

City                 State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City                 State    ZIP Code

**5. Debtor's website (URL)**   https://www.lavacantina.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor **Lava Cantina The Colony LLC**                                   Case number *(if known)*
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When ____/____/_____ Case number _____<br>              District _____ When ____/____/_____ Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Rock N Concepts LLC**                 Relationship **Affiliate**<br>        District **Eastern District of Texas**          When ____/____/_____<br>        Case number, if known _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor  **Lava Cantina The Colony LLC**  
  Name

Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street

_____
City                                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199 ☐ 200-999 ☐ 10,001-25,000                                  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000         ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  **Lava Cantina The Colony LLC**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/18/2025**
　　　　　　　MM/ DD/ YYYY

X  **/s/ Ian Vaughn**　　　　　　　　　　　　　　　**Ian Vaughn**
Signature of authorized representative of debtor　　　Printed name

Title　**Managing Member**

**18. Signature of attorney**

X  **/s/ Sarah M. Cox**　　　　　　　　Date  **02/18/2025**
Signature of attorney for debtor　　　　　　　　　　MM/ DD/ YYYY

**Sarah M. Cox**
Printed name

**Spector & Cox**
Firm name

**12770 Coit Road Suite 850**
Number　　Street

**Dallas**　　　　　　　　　　　　　**TX**　　　**75251**
City　　　　　　　　　　　　　　　State　　ZIP Code

**(214) 310-1321**　　　　　　　　　**sarah@spectorcox.com**
Contact phone　　　　　　　　　　　Email address

**24119316**　　　　　　　　　　　　**TX**
Bar number　　　　　　　　　　　　State

**Fill in this information to identify the case:**

Debtor name: **Lava Cantina The Colony LLC**

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LMG Ventures, LLC<br>700 S. 72nd Street<br>Omaha, NE 68114 | | Ground lease | | | | $156,186.60 |
| 2 | U.S. Small Business Admin<br>Commercial Loan Servicing Center<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202 | | EIDL | | | | $149,900.00 |
| 3 | Revenued<br>55 Almeria Ave 2nd floor<br>Miami, FL 33134 | | | | | | $48,500.00 |
| 4 | Texas Comptroller of Public Accounts<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711 | | | | | | $47,734.39 |
| 5 | IPFS Corporation<br>PO Box 720233<br>Dallas, TX 75373 | | | | | | $35,935.85 |
| 6 | Sysco 006<br>800 Trinity Dr<br>Lewisville, TX 75056 | | | | | | $19,982.42 |
| 7 | Epicenter Productions LLC<br>3717 Commerce Pl Ste G<br>Bedford, TX 76021 | | | | | | $13,233.22 |
| 8 | First Insurance Funding Corp<br>PO Box Box 7000<br>Carol Stream, IL 60197 | | | | | | $11,941.48 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor    **Lava Cantina The Colony LLC**                                        Case number *(if known)* _____
         Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | AmTrust Financial Service<br>PO Box 5876<br>Cleveland, OH 44101 | | | | | | $10,000.00 |
| 10 | CoServ<br>PO Box 734803<br>Dallas, TX 75373 | | | | | | $6,898.63 |
| 11 | Jules & Associates<br>515 South Figuero St, Ste 1900<br>Los Angeles, CA 90071 | | Equipment lease | | | | $4,392.70 |
| 12 | NCR<br>PO Box198755<br>Atlanta, GA 30384 | | | | | | $3,498.18 |
| 13 | Vestis<br>PO Box 73166<br>Dallas, TX 75373 | | | | | | $3,149.51 |
| 14 | Astound Business Solutions<br>PO Box Box 679367<br>Dallas, TX 75267 | | | | | | $1,496.62 |
| 15 | The City of The Colony<br>PO Box 560008<br>The Colony, TX 75056 | | | | | | $1,400.40 |
| 16 | Liquid Environmental Solutions<br>PO Box 733372<br>Dallas, TX 75373 | | | | | | $1,271.68 |
| 17 | EcoLab Inc<br>PO Box 70343<br>Chicago, IL 60673 | | Dishwasher lease | | | | $497.30 |
| 18 | EcoLab Pest Elimination<br>26252 Network Place<br>Chicago, IL 60673 | | | | | | $475.76 |
| 19 | Reliant Metro Carbonation<br>PO Box 670279<br>Dallas, TX 75267 | | | | | | $345.70 |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: **Lava Cantina The Colony LLC**                  CASE NO

                                                                      CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **02/18/2025**    Signature       **/s/ Ian Vaughn**
                                                  Ian Vaughn, Managing Member

U.S. Small Business Admin
Commercial Loan Servicing Center
2120 Riverfront Drive Suite 100
Little Rock, AR 72202


Ameris Bank (Balboa Capital)
575 Anton Blvd Ste 1080
Costa Mesa, CA 92626


AmTrust Financial Service
PO Box 5876
Cleveland, OH 44101


ARF Financial
433 North Camden Drive Ste 810
Beverly Hills, CA 90210


Astound Business Solutions
PO Box Box 679367
Dallas, TX 75267


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711


Attorney General of the
United States
Office of the Attorney General
10th & Constitution Avenue, N.W. Room 5111
Washington, DC 20530

CoServ
PO Box 734803
Dallas, TX 75373

Denton County Tax Assessor-Collector
P.O. Box 90223
Denton, TX 76202-5223

EcoLab Inc
PO Box 70343
Chicago, IL 60673

EcoLab Pest Elimination
26252 Network Place
Chicago, IL 60673

Epicenter Productions LLC
3717 Commerce Pl Ste G
Bedford, TX 76021

First Commonwealth Equipment Finance
920 Casset Rd Ste 310
Berwyn, PA 19312

First Insurance Funding Corp
PO Box Box 7000
Carol Stream, IL 60197

Headway Capital
175 W. Jackson Blvd. Ste 1000
Chicago, IL 60604

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114

IPFS Corporation
PO Box 720233
Dallas, TX 75373

Jules & Associates
515 South Figuero St, Ste 1900
Los Angeles, CA 90071

Liquid Environmental Solutions
PO Box 733372
Dallas, TX 75373

LMG Ventures, LLC
700 S. 72nd Street
Omaha, NE 68114

Mission Valley Bank
9116 Sunland Blvd
Sun Valley, CA 91352

NCR
PO Box198755
Atlanta, GA 30384

North Texas Certified Develop Corp
1255 W. 15th S Ste 500
Plano, TX 75075

Office of The United States Trustee
Bank of America Building
1100 Commerce St Room 976
Dallas, TX 75242

Regions Bank
3017 W 7th St #410
Fort Worth, TX 76107

Reliant Metro Carbonation
PO Box 670279
Dallas, TX 75267

Revenued
55 Almeria Ave 2nd floor
Miami, FL 33134

Rock N Concepts LLC
5805 Grandscape Blvd
The Colony, TX 75056

Singer & Levick, P.C.
Attn Todd Hoodenpyle
16200 Addison Road Ste 140
Addison, TX 75001

Sysco 006
800 Trinity Dr
Lewisville, TX 75056

Texas Alcohol Beverage Commission
License and Permits Division
P.O. Box 13127
Austin, TX 78711

Texas Comptroller of Public Accounts
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Texas Comptroller of Public
Accounts
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

The City of The Colony
PO Box 560008
The Colony, TX 75056

United States Attorney's
Office
Office of the United States Attorney
1100 Commerce Street 3rd floor
Dallas, TX 75242

Vestis
PO Box 73166
Dallas, TX 75373

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104