UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>LAVA CANTINA THE COLONY LLC | CASE NO: 25-40417<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 2/24/2025, I did cause a copy of the following documents, described below,

Motion for Joint Administration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/24/2025

/s/ Sarah M Cox
Sarah M Cox  24119316
Attorney for Debtor
Spector & Cox PLLC
12770 Coit Rd Suite 850
Dallas, TX  75251
214 310 1321
sarah@spectorcox.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>LAVA CANTINA THE COLONY LLC | CASE NO: 25-40417<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 2/24/2025, a copy of the following documents, described below,

Motion for Joint Administration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/24/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sarah M Cox
Spector & Cox PLLC
12770 Coit Rd Suite 850
Dallas, TX  75251

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05404
CASE 25-40417
EASTERN DISTRICT OF TEXAS
SHERMAN
MON FEB 24 12-27-01 CST 2025

ARF FINANCIAL
433 NORTH CAMDEN DRIVE STE 810
BEVERLY HILLS CA 90210-4412

AMTRUST FINANCIAL SERVICE
PO BOX 5876
CLEVELAND OH 44101-0876

AMERIS BANK (BALBOA CAPITAL)
575 ANTON BLVD STE 1080
COSTA MESA CA 92626-7685

ASTOUND BUSINESS SOLUTIONS
PO BOX BOX 679367
DALLAS TX 75267-9367

ATTORNEY GENERAL OF TEXAS
BANKRUPTCY DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

ATTORNEY GENERAL OF THE UNITED STATES
OFFICE OF THE ATTORNEY GENERAL
10TH CONSTITUTION AVENUE NW ROOM 51
WASHINGTON DC 20530-0001

COSERV
PO BOX 734803
DALLAS TX 75373-4803

SARAH M COX
SPECTOR COX PLLC
12770 COIT RD STE 850
DALLAS TX 75251-1364

DENTON COUNTY TAX ASSESSORCOLLECTOR
PO BOX 90223
DENTON TX 76202-5223

ECOLAB INC
PO BOX 70343
CHICAGO IL 60673-0343

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

EPICENTER PRODUCTIONS LLC
3717 COMMERCE PL STE G
BEDFORD TX 76021-6022

FIRST COMMONWEALTH EQUIPMENT FINANCE
920 CASSET RD STE 310
BERWYN PA 19312-1178

FIRST INSURANCE FUNDING CORP
PO BOX BOX 7000
CAROL STREAM IL 60197-7000

(P)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

TODD A HOODENPYLE
SINGER LEVICK PC
16200 ADDISON RD STE 140
ADDISON TX 75001-5377

IPFS CORPORATION
PO BOX 720233
DALLAS TX 75372-0233

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JULES ASSOCIATES
515 SOUTH FIGUERO ST STE 1900
LOS ANGELES CA 90071-3336

LMG VENTURES LLC
700 S 72ND STREET
OMAHA NE 68114-4614

DEBTOR

LAVA CANTINA THE COLONY LLC
5805 GRANDSCAPE BLVD
THE COLONY TX 75056-6683

LEWISVILLE ISD
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3906

LIQUID ENVIRONMENTAL SOLUTIONS
PO BOX 733372
DALLAS TX 75373-3372

MISSION VALLEY BANK
9116 SUNLAND BLVD
SUN VALLEY CA 91352-2052

NCR
PO BOX198755
ATLANTA GA 30384-8755

NORTH TEXAS CERTIFIED DEVELOP CORP
1255 W 15TH S STE 500
PLANO TX 75075-7295

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
OFFICE OF THE UNITED STATES TRUSTEE      JULIE ANNE PARSONS                       REGIONS BANK
BANK OF AMERICA BUILDING                 MCCREARY VESELKA BRAGG   ALLEN PC        HIGIER ALLEN   LAUTIN PC
1100 COMMERCE ST ROOM 976                PO BOX 1269                              CO JASON T RODRIGUEZ
DALLAS TX 75242-1011                     ROUND ROCK TX 78680-1269                 THE TOWER AT CITYPLACE
                                                                                  2711 N HASKELL AVE SUITE 2400
                                                                                  DALLAS TX 75204-2926


REGIONS BANK                             RELIANT METRO CARBONATION                REVENUED
3017 W 7TH ST 410                        PO BOX 670279                            55 ALMERIA AVE 2ND FLOOR
FORT WORTH TX 76107-2223                 DALLAS TX 75267-0279                     MIAMI FL 33134-6118


ROCK N CONCEPTS LLC                      JASON T RODRIGUEZ                        SINGER   LEVICK PC
5805 GRANDSCAPE BLVD                     HIGIER ALLEN   LAUTIN PC                 ATTN TODD HOODENPYLE
THE COLONY TX 75056-6683                 THE TOWER AT CITYPLACE                   16200 ADDISON ROAD STE 140
                                         2711 N HASKELL AVE SUITE 2400            ADDISON TX 75001-5377
                                         DALLAS TX 75204-2926


SYSCO 006                                TEXAS ALCOHOL BEVERAGE COMMISSION        (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNT
800 TRINITY DR                           LICENSE AND PERMITS DIVISION             REVENUE ACCOUNTING DIV   BANKRUPTCY
LEWISVILLE TX 75056-5297                 PO BOX 13127                             SECTION
                                         AUSTIN TX 78711-3127                    PO BOX 13528
                                                                                  AUSTIN TX 78711-3528


TEXAS WORKFORCE COMMISSION               THE CITY OF THE COLONY                   THE COUNTY OF DENTON TEXAS
TEC BUILDING   BANKRUPTCY                PO BOX 560008                            MCCREARY VESELKA BRAGG   ALLEN PC
101 EAST 15TH STREET                     THE COLONY TX 75056-0008                 CO JULIE ANNE PARSONS
AUSTIN TX 78778-0001                                                              PO BOX 1269
                                                                                  ROUND ROCK TX 78680-1269


THE COUNTY OF DENTON TEXAS               JOHN KENDRICK TURNER                     US ATTORNEY GENERAL
CO MCCREARY VESELKA BRAGG   ALLEN        LINEBARGER GOGGAN BLAIR   SAMPSON LLP    DEPARTMENT OF JUSTICE
PO BOX 1269                              3500 MAPLE AVENUE                        MAIN JUSTICE BUILDING
ROUND ROCK TX 78680-1269                 SUITE 800                                10TH   CONSTITUTION AVE NW
                                         DALLAS TX 75219-3906                     WASHINGTON DC 20530-0001


US SMALL BUSINESS ADMIN                  US SMALL BUSINESS ADMINISTRATION         US TRUSTEE
COMMERCIAL LOAN SERVICING CENTER         2120 RIVERFRONT DR                       OFFICE OF THE US TRUSTEE
2120 RIVERFRONT DRIVE SUITE 100          SUITE 100                                110 N COLLEGE AVE
LITTLE ROCK AR 72202-1794                LITTLE ROCK AR 72202-1794                SUITE 300
                                                                                  TYLER TX 75702-7231


UNITED STATES ATTORNEYS OFFICE           VESTIS                                   WELLS FARGO BANK
OFFICE OF THE UNITED STATES ATTORNEY     PO BOX 73166                             420 MONTGOMERY STREET
1100 COMMERCE STREET 3RD FLOOR           DALLAS TX 75373-0001                     SAN FRANCISCO CA 94104-1298
DALLAS TX 75242-1074
```